## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **SUMMIT FINANCIAL RESOURCES L.P.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 3:07-CV-0187-MJR-CJP** |
| | ) | |
| **BIG DOG ENTERPRISES LOGISTICS, LLC, d/b/a FREIGHT HAULING LOGISTICS, DAVID HURSEY, THE HURSEY GROUP, LLC, AND PEERLESS-PREMIER APPLIANCE CO.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |
| **PEERLESS PREMIER APPLIANCE CO.,** | ) | |
| | ) | |
|   Counterclaim/Interpleader Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **SUMMIT FINANCIAL RESOURCES L.P** | ) | |
| | ) | |
|   Counterclaim/Interpleader Defendant. | ) | |
| **PEERLESS PREMIER APPLIANCE CO.,** | ) | |
| | ) | |
|   Cross-claim/Interpleader Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **BIG DOG ENTERPRISES LOGISTICS, LLC, d/b/a FREIGHT HAULING LOGISTICS, DAVID HURSEY, THE HURSEY GROUP, LLC,** | ) | |
| | ) | |
| **And** | ) | |
| | ) | |
| **BIH EXPRESS, BRANKO'S EXPRESS, BUSKE LOGISTICS, CSX CRITICAL CAPACITY, CSX TRANSPORTATION, INC., DINO'S TRUCKING, DRY ICE SALES & SERVICE, INC., ESI-EXPRESS SYSTEMS, ESTES EXPRESS LINES, FED EX FREIGHT-EAST, GREEN MOUNTAIN, H. C. PARRISH TRUCK SERVICE, INC., HYUNDAI AMERICAN SHIPPING AGENCY, A SUBSIDIARY OF** | ) | |

| | |
|---|---|
| **HYUNDAI INTERMODAL, J & J TRUCK SERVICES, JUNG TRUCK SERVICES, KELLY CORPORATION, LANDSTAR RANGER, LITAS, INC., LONG HAUL DELIVERY SERVICE, MAK EXPRESS, INC., OBRADOVIC TRUCKING, INC., OSBORN TRANSPORTATION, INC., OVERNIGHT TRANSPORT-UPS FREIGHT, PRIDE INTERMODAL, INC., REGGIE'S TRUCKING, SCHNEIDER NATIONAL CARRIERS, TRANSPORT ONE, WEBB FARMS SERVICES, WERNER ENTERPRISES, AND YELLOW TRANSPORTATION, INC.,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| **Cross-Claim/Interpleader Defendants.** | ) |

## ORDER

**REAGAN, District Judge**

      Before the Court is Estes Express Lines, Inc.'s and Peerless-Premier Appliance Co.'s joint motion to consolidate cases 07-0361-MJR and 07-0187-MJR.

      Accordingly, the Court **GRANTS** the motion (Doc. 136) and **CONSOLIDATES** Case No. 07-cv-0361-MJR-DGW <u>into</u> Case No. 07-cv-0187-MJR-CJP. All further filings in both actions shall bear the case number 07-cv-0187-MJR-CJP. As the two cases were assigned to different Magistrate Judges, with Magistrate Judge Proud having the lower-numbered case, the consolidated action now is assigned to Magistrate Judge Clifford J. Proud.

      The Court reserves the right to sever the claims if and when severance is appropriate.

      **IT IS SO ORDERED.**

      **DATED this 1st day of October 2007.**

                                                                     **s/ Michael J. Reagan**
                                                                      **MICHAEL J. REAGAN**
                                                                       **United States District Judge**