### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SUMMIT FINANCIAL RESOURCES L.P.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**BIG DOG ENTERPRISES LOGISTICS, LLC, et al.,** )<br>)<br>Defendants. )<br>_____ )<br>**PEERLESS PREMIER APPLIANCE CO.**, )<br>)<br>Counterclaim/Interpleader Plaintiff, )<br>)<br>v. )<br>)<br>**SUMMIT FINANCIAL RESOURCES L.P., et al.,** )<br>)<br>Counterclaim/Interpleader Defendant. )<br>**PEERLESS PREMIER APPLIANCE CO.**, )<br>)<br>Cross-claim/Interpleader Plaintiff, )<br>)<br>v. )<br>)<br>**BIG DOG ENTERPRISES LOGISTICS, LLC, et al.,** )<br>)<br>Cross-Claim/Interpleader Defendants. ) | **Case No. 3:07-CV-00187-MJR-CJP** |

### MEMORANDUM & ORDER

**REAGAN, District Judge**:

On September 12, 2007, pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 55(a),** the Clerk of the Court entered default as to three crossclaim-interpleader defendants: Hyundai American Shipping Agency, Reggie's Trucking, and Webb Farms (*see* Doc. 131).

Now before the Court is Plaintiff's motion for entry of default judgment against these parties (Doc. 132). On November 2, 2007, the Court held a hearing on the motion. Plaintiff provided the Court with proof that it had served Hyundai, Reggie's Trucking, and Webb Farms with the Clerk's Entry of Default, the motion for default judgment, and notice of the hearing. Plaintiff showed that it had sent these documents to the defendants via certified mail and standard mail. Webb Farms and Hyundai signed for the documents upon delivery. Reggie's Trucking did not sign for the documents, but the standard mail sent to Reggie's was not returned to Plaintiff.

Pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 55(b)(2)**, the Court **GRANTS** Plaintiff's motion (Doc. 132) and **DIRECTS** the Clerk of the Court, at the appropriate time, to enter judgment against the defaulted parties — Hyundai American Shipping Agency, Reggie's Trucking, and Webb Farms — and in favor of Plaintiff, finding that those parties are not entitled to take any of the sums which have been interplead to the Clerk of the Court by the defendant-counterclaim-interpleader plaintiff, Peerless-Premier Appliance Co.

**IT IS SO ORDERED.**

**DATED this 6th day of November 2007.**

> **s/ Michael J. Reagan**
> **MICHAEL J. REAGAN**
> **United States District Judge**