IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SUMMIT FINANCIAL RESOURCES, L.P.**, )<br>**ESTEES EXPRESS LINES, INC.**, )<br> )<br> Plaintiffs, )<br> )<br>v. )<br> )<br>**BIG DOG ENTERPRISES LOGISTICS**, )<br>**et al.**, )<br> )<br> Defendants. ) | Civil No. 07-187-MJR |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, Summit Financial Resources, L.P.'s Motion to Compel **(Doc. 160)** is **GRANTED**.

Defendants Big Dog Enterprises Logistics, LLC, The Hursey Group, LLC, and David Hursey are ordered to serve initial disclosures to make all documents identified therein available for inspection and copying by **December 20, 2007.**

**IT IS SO ORDERED.**

**DATE:  December 7, 2007.**

                                                        s/ Clifford J. Proud
                                                        **CLIFFORD J. PROUD**
                                                        **UNITED STATES MAGISTRATE JUDGE**