# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SUMMIT FINANCIAL RESOURCES L.P.,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **Case No. 3:07-CV-00187-MJR-CJP**<br>)<br>) |
| **BIG DOG ENTERPRISES LOGISTICS, LLC, d/b/a FREIGHT HAULING LOGISTICS, DAVID HURSEY, THE HURSEY GROUP, LLC, AND PEERLESS-PREMIER APPLIANCE CO.,** | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |
| **PEERLESS PREMIER APPLIANCE CO.,** | )<br>)<br>) |
| Counterclaim/Interpleader Plaintiff, | )<br>) |
| v. | )<br>) |
| **SUMMIT FINANCIAL RESOURCES L.P.,** | )<br>)<br>) |
| Counterclaim/Interpleader Defendant. | ) |
| **PEERLESS PREMIER APPLIANCE CO.,** | )<br>)<br>) |
| Cross-claim/Interpleader Plaintiff, | )<br>) |
| v. | )<br>) |
| **BIG DOG ENTERPRISES LOGISTICS, LLC, d/b/a FREIGHT HAULING LOGISTICS, DAVID HURSEY, THE HURSEY GROUP, LLC,** | )<br>)<br>)<br>)<br>) |
| And | )<br>) |
| **BUSKE LOGISTICS, CSX INTERMODAL, INC., ESTES EXPRESS** | )<br>) |

| | |
|---|---|
| LINES, FED EX FREIGHT-EAST, | ) |
| LANDSTAR RANGER, OVERNIGHT | ) |
| TRANSPORT-UPS FREIGHT, | ) |
| SCHNEIDER NATIONAL CARRIERS, | ) |
| WERNER ENTERPRISES, and | ) |
| YELLOW TRANSPORTATION, INC., | ) |
| | ) |
| Cross-Claim/Interpleader Defendants. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge**

On January 25, 2008, counterclaim/interpleader Plaintiff Peerless-Premier Appliance Co. and cross-claim/interpleader Defendant Werner Enterprises filed a stipulation that Peerless-Premier's cause of action against Werner be dismissed with prejudice (Doc. 188).

**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i)** provides that a plaintiff may voluntarily dismiss an action "by filing a stipulation of dismissal signed by all parties who have appeared in the action." However, because the stipulation was only signed by John Baroni, counsel for Peerless-Premier, and Steven Hughes, counsel for Werner, the Court set a deadline for other parties to object to the voluntary dismissal (Doc. 190).

As the deadline to file objections has passed, and no party has filed a response to the stipulation for dismissal, the Court hereby **DISMISSES with prejudice** Peerless-Premier's cause of action against Werner Enterprises, the parties to bear their respective costs.

**IT IS SO ORDERED.**

**DATED this 11th day of February 2008.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**
