IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SUMMIT FINANCIAL RESOURCES, L.P.**, ) <br> **ESTEES EXPRESS LINES, INC.,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **BIG DOG ENTERPRISES LOGISTICS**, ) <br> **et al.,** ) <br> ) <br> Defendants. ) | Civil No. 07-187-MJR |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is Summit Financial Resources, L.P.'s Motion to Compel Rule 26 Disclosures from Defendants Aged Assets, LLC, Commercial Property Management, LLC, and Hursey Technology, LLC. **(Doc. 295)**.

Defendants have not filed a response, and the time for doing so has now expired.[1] The court considers the failure to respond to be an admission of the merits of the motion. SDIL-LR 7.1

Upon consideration and for good cause shown, Summit Financial Resources, L.P.'s Motion to Compel Rule 26 Disclosures from Defendants Aged Assets, LLC, Commercial Property Management, LLC, and Hursey Technology, LLC **(Doc. 295)** is **GRANTED**.

Defendants Aged Assets, LLC, Commercial Property Management, LLC, and Hursey

---

[1]Defendants Big Dog Enterprises Logistics, LLC, The Hursey Group, LLC, and David Hursey filed a pleading at Doc. 298 which was docketed by counsel as a response to Docs. 294, 295, and 297. Despite the docketing entry, that pleading only responds to Doc. 297, and does *not* respond to the instant motion.

1

Technology, LLC, are ordered to serve their initial disclosures to make all documents identified therein available for inspection and copying by **September 10, 2008**

**IT IS SO ORDERED.**

**DATE: September 3, 2008.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**