IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SUMMIT FINANCIAL RESOURCES, L.P.**, )
**ESTEES EXPRESS LINES, INC.**, )
)
    Plaintiffs, )
)
v. ) Civil No. 07-187-MJR
)
**BIG DOG ENTERPRISES LOGISTICS**, )
**et al.**, )
)
    Defendants. )

## ORDER

**PROUD, Magistrate Judge:**

Before the court is Summit Financial Resources, L.P.'s Motion to Compel Compliance with Court Orders and for Sanctions. **(Doc. 333)**. The motion is directed to defendants Big Dog Enterprises Logistics, LLC, The Hursey Group, LLC, David Hursey, Aged Assets, LLC, Commercial Property Management, LLC, and Hursey Technology, LLC, referred to collectively as the "Big Dog Defendants." Defendants' response to the motion was due on November 28, 2008. No response has been filed. The court deems the failure to respond to be an admission of the merits of the motion, pursuant to SDIL-LR 7.1(g).

Upon consideration and for good cause shown, Summit Financial Resources, L.P.'s Motion to Compel Compliance with Court Orders and for Sanctions **(Doc. 333)** is **GRANTED as follows:**

1. Defendants are ordered to produce all documents as previously ordered and to comply fully with this court's previous orders **(Docs. 124, 166, 301, and 307)** by **December 12, 2008.** Defendants shall bear all costs of producing the documents.

1

2. In view of defendants' repeated failure to comply with the court's orders regarding discovery, plaintiff's request for sanctions is **GRANTED**. Plaintiff is ordered to file a statement of the attorneys fees directly attributable to the preparation and filing of discovery motions directed to the Big Dog Defendants. The statement shall be filed by **December 12, 2008.**

**IT IS SO ORDERED.**

**DATE: December 3, 2008.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD
UNITED STATES DISTRICT JUDGE**